IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                         CRIMINAL NO. 3:03cr145LSu-001

GINA A. WIGHTMAN

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and
Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced
guideline offense levels for cocaine base cases, and has made the reductions retroactive to
previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in
this case.  The Court concurs, and hereby ORDERS as follows:

(1)     The sentence in this case is reduced from 87 months to 70 months;

(2)     Defendant's projected release date is July 2009; with her 17 month reduction, she
is entitled to immediate release.

(3)     If this sentence is less than the amount of time the defendant has served,
Defendant's sentence is reduced to **TIME SERVED**.

(4)     All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 18th   day of December, 2008.


/s/Tom S. Lee_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:


  _/s/ Sandra G. Moses_                              _/s/ George L. Lucas_____
ASSISTANT U.S. ATTORNEY                    DEFENSE COUNSEL